

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-18-00907-CV

Aundria **HINOJOSA** and Florencio Hinojosa, V Individually as Wrongful Death Beneficiaries of Florence Hinojosa, VI, deceased and on behalf of the Estate of Florencio Hinojosa, VI, deceased,
Appellants

v.

Sophia Anita **KOEN**, M.D.; Sophia A. Koen, M.D., P.A.; and Christus Spohn Health System Corporation d/b/a Christus Spohn Hospital Alice,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-07-54935-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The clerk's record was due to be filed with this court on December 27, 2018. *See* TEX. R. APP. P. 35.1. On January 2, 2019, the Jim Wells County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court